IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRADLEY MANDELA HOUSTON,          *

          Plaintiff,          *

v.          Case No.  5:23-cv-00438-MTT-AGH

          *

CAPTAIN TAVARES KING et al.,

          *

          Defendants.

          *

## **J U D G M E N T**

Pursuant to this Court's Order dated 3/20/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of March, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk