IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRADLEY MANDELA HOUSTON,                     *

              Plaintiff,                     *

v.                                           Case No.  5:23-cv-00438-MTT-AGH

                                    *

CAPTAIN TAVARES KING et al.,

                                    *

              Defendants.

                                    *
_____

## **J U D G M E N T**

Pursuant to this Court's Order dated 4/6/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of April, 2026.

                              David W. Bunt, Clerk


                              s/ Erin Pettigrew, Deputy Clerk